**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Filiberto Breceda, et al., | No. CV-23-00680-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| All Rogel Construction LLC, et al., | |
| Defendants. | |

The parties filed a stipulation seeking referral to a Magistrate Judge for a settlement conference and to extend Defendants' deadline to respond to the complaint. Defendant Jose R. Corona signed that stipulation, purportedly on behalf of himself and Defendant All Rogel Construction LLC. However, a limited liability company cannot appear in federal court except through counsel. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 203 (1993). Therefore, the limited liability company must hire counsel if it wishes to participate in this case.

The parties who have properly appeared will be referred to a Magistrate Judge for a settlement conference. The Court will extend the deadline for all defendants to answer until after the settlement conference.

Accordingly,

**IT IS ORDERED** the Stipulation (Doc. 10) is **GRANTED IN PART**. Plaintiffs and Defendant Jose R. Corona shall appear for a settlement conference.

**IT IS FURTHER ORDERED** Defendants shall respond to the complaint within

1  fifteen days of the conclusion of the settlement conference.

2  **IT IS FURTHER ORDERED** this case is referred by random lot to United States
3  Magistrate Judge Eileen S. Willett for the purpose of conducting a settlement conference.

4  **IT IS FURTHER ORDERED** the parties shall contact the chambers of the
5  Honorable Willett at 602-322-7620 no later than **July 31, 2023**, to schedule a settlement
6  conference.

7  Dated this 24th day of July, 2023.

_____
Honorable Roslyn O. Silver
Senior United States District Judge